CHATTERTON, Appellant, v. CHATTERTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by Jennie L. Chatterton against Nellie Mar Chatterton, individually and as executrix, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Genet v. Canal Co., 113 N. Y. 472, 21 N. E. 390. See 54 N. Y. Supp. 515.

CITY OF BROOKLYN, Appellant, v. KERNS, Respondent. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by the city of Brooklyn against Bridget E. Kerns. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Respondent, v. LYONS, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by Francis A. Clark against Thomas Lyons. E. A. Hibbard, for appellant. D. McMahon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COATSWORTH, Respondent, v. LEHIGH VAL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Reuben H. Coatsworth against the Lehigh Valley Railway Company and the Lehigh Valley Railroad Company of Pennsylvania. No opinion. Motion granted, and order filed with the clerk. See 50 N. Y. Supp. 1125.

COFFIN, Respondent, v. KLOTS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by Edmund Coffin against Charles A. Klots and others. No opinion. Motion granted, with $10 costs.

CONNOLLY, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Mary A. Connolly against the New York Central & Hudson River Railroad Company. H. E. Kinney, for appellant. O. H. Droege, for respondent. No opinion. Reargument ordered. See 55 N. Y. Supp. 118.

CONSTANT, Appellant, v. SCHLOSS et al., Respondents. (City Court of New York, General Term. January 18, 1899.) Action by Samuel Victor Constant, as assignee, against Gustave E. Schloss and another. L. A. Gould, for appellant. Oppenheim & Severance, for respondent.

O'DWYER, J. We are of the opinion that at special term the plaintiff made a case entitling him to a portion of the particulars demanded, and that the order appealed from should be reversed, with costs, and the motion granted, without costs, as prayed for in the notice of motion, with the exception that the defendant need not furnish any particulars as to the respect in which the shellac was of an inferior quality, and not strictly pure and first class. OLCOTT, J., concurs.

CONWAY, Appellant, v. CITY OF ROCHESTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by John Conway against the city of Rochester and others. No opinion. Motion granted, and order allowed and filed with the clerk. See 52 N. Y. Supp. 1140.

In re COOK. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) In the matter of the admission of George Cook as an attorney and counselor in the courts of the state of New York. No opinion. Application granted. See 54 N. Y. Supp. 1097.

COOK, Respondent, v. METROPOLITAN EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Catherina Cook against the Metropolitan Elevated Railroad Company and others. S. Smith, for appellants. W. R. Page, for respondent. No opinion. Judgment modified by reducing amount awarded for fee damage to $1,000, and for rental damage to $75 a year, and, as modified, affirmed, without costs to either party.

COONEY, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Patrick Cooney against the Third Avenue Railroad Company. P. P. Harlow, for appellant. H. R. Limburger, for respondent. No opinion. Judgment affirmed, with costs.

COTTLE et al., Appellants, v. SIMON, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Octavius O. Cottle and another, as executors, against August Simon. No opinion. Judgment affirmed, with costs.

CRANE, Respondent, v. VULCAN GAS-HEATING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by William M. Crane against the Vulcan Gas-Heating Company. No opinion. Motion granted, with $10 costs.

CROWLEY v. MURPHY. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Cornelius G. Crowley against Mary Murphy. No opinion. Motion dismissed on the ground of insufficiency of papers.

DE BERARD v. PRIAL et al. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Frederick B. De Berard against F. P. Prial and others. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 534.

DECKER, Respondent, v. DUDLEY, Appellant. (City Court of New York, General Term. January 3, 1899.) Action by Daniel S. Decker against William Dudley. Lord, Day & Lord, for appellant. William King Hall, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.